UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CURTIS ALLEN HELM,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY CALIFORNIA, et al.,<br><br>Defendants. | Case No.  1:23-cv-00487-EPG<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE MAILING ADDRESS |

On March 30, 2023, Plaintiff Jacob Curtis Allen Helm, proceeding *pro se*, filed this civil lawsuit and an application to proceed *in forma pauperis*. (ECF Nos. 1, 2). However, neither filing provides a mailing address for Plaintiff, who states that he is homeless. While the Court is certainly sympathetic to Plaintiff's situation, before addressing Plaintiff's filings, the Court requires a mailing address to send court orders, and other relevant filings, from this case.[1] *See* Local Rules 182(f) and 183(b) (generally requiring a *pro se* party to provide the Court with a current mailing address).

Accordingly, IT IS ORDERED as follows:

1. No later than June 5, 2023, Plaintiff shall provide the Court with a mailing address.

Failure to comply with this order, may result in the dismissal of this action, without

---

[1] Plaintiff may be able to obtain a mailing address from his local Post Office. *See* frequently asked questions page on USPS website, available at https://faq.usps.com/s/article/Is-there-mail-service-for-the-homeless (stating that "[a] homeless person may submit an application for PO Box service to a local Post Office. The Postmaster may approve the application under certain conditions").

1

1    prejudice.

2    2. The Clerk of Court is directed to electronically file this order on the docket.

IT IS SO ORDERED.

Dated:   **April 3, 2023**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE