UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CURTIS ALLEN HELM,<br><br>   Plaintiff,<br><br> v.<br><br>MADERA COUNTY CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 1:23-cv-00487-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

  Plaintiff, proceeding *pro se*, filed this civil action on March 30, 2023, regarding alleged torture he suffered while an inmate at the Madera County Jail. (ECF No. 1)

  This case was originally administratively designated as 440 Civil Rights: Other. However, a review of the complaint indicates that the present action involves a former inmate litigating the conditions of his confinement. The administrative designation should therefore be updated to 550 Prisoner: Civil Rights.

  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 440 Civil Rights: Other to 550 Prisoner Civil Rights; and

\\\
\\\
\\\
\\\
\\\

1

2. The case number in this action shall be updated as follows: Case No. 1:23-cv-00487-EPG (PC).

IT IS SO ORDERED.

Dated: **April 18, 2023**                       /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE