UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CURTIS ALLEN HELM[1], <br><br>    Plaintiff, <br><br>    v. <br><br> MADERA COUNTY CALIFORNIA, et al., <br><br>    Defendants. | No. 1:23-cv-00487-NODJ-EPG (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITH PREJUDICE <br><br> (ECF No. 13) |

Plaintiff Jacob Curtis Allen Helm[1] is proceeding pro se and in forma pauperis in this apparent civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending the action be dismissed with prejudice because Plaintiff failed to state any claims. (ECF No. 13.)  Specifically, the Magistrate Judge found that Plaintiff failed to state any specific factual allegations and further leave to amend would be futile. (*Id.* at 5-6.)  The findings and recommendations were served on Plaintiff and contained notice that any

/////

---

[1] The Court proceeds under the presumption that Plaintiff is one person, Jacob Curtis Allen Helm.  However, it notes that Plaintiff could be using alternative names, Jacob Curtis, aka Allen Helm; or there could be two separate Plaintiffs, Jacob Curtis and Allen Helm.

1

objections thereto must be filed within fourteen (14) days.  Plaintiff filed no objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court adopts the findings and recommendations issued on August 11, 2023 (ECF No. 13), in full.
2. This action is dismissed with prejudice.
3. The Clerk of Court is directed to close this case.

DATED:  January 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE